FRAZER & BURCHENAL, INC., Respondent, v. THE CITY OF NEW YORK, Appellant.— Order denying defendant's motion for judgment dismissing the complaint for lack of prosecution reversed, with twenty dollars costs and disbursements, and the motion granted. No opinion. Present — McAvoy, Townley, Untermyer, Dore and Cohn, JJ.; Cohn, J., dissents and votes for affirmance.

CASPER HOLSTEIN CO., INC., Appellant, v. EDNA HARRIS, Individually and as Administratrix, etc., of FITZMARTIN L. HARRIS, Also Known as MARTIN L. HARRIS, Deceased, and Others, Respondents.— Order granting defendants' motion for the appointment of a receiver unanimously reversed, with twenty dollars costs and disbursements, and the motion denied, with ten dollars costs. No opinion. Present — McAvoy, Townley, Untermyer, Dore and Cohn, JJ.

JOSEPH PRADO, an Infant, by ARSENIO PRADO, His Guardian ad Litem, ARSENIO PRADO and GIROLAMO DELUCA, as Administrators, etc., of ANTHONY DELUCA, Deceased, v. LONDON GUARANTEE AND ACCIDENT COMPANY, LIMITED.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

JACOB L. DOLMATCH v. EDWARD B. BRADLEY, Individually and as Executor, etc., of FRANCES A. COLE, Deceased, and Others.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Untermyer and Cohn, JJ.

D. W. BATES, Superintendent of Banking of the State of Iowa, as Receiver of the AMERICAN SAVINGS BANK AND TRUST COMPANY OF DAVENPORT, IOWA, v. OTTO E. GOLDSCHMIDT. D. W. BATES, Superintendent of Banking of the State of Iowa, as Receiver of the AMERICAN SAVINGS BANK AND TRUST COMPANY OF DAVENPORT, IOWA, v. EDWARD W. GOLDSCHMIDT.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Untermyer and Cohn, JJ.

In the Matter of the Application of JOHN M. HALLORAN v. LEWIS J. VALENTINE, Police Commissioner of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

RAYMOND KRUCKEL and ANNA KRUCKEL v. AGATINE CITELLI, Also Known as AGATINE MORELLI, JOSEPH MORELLI, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

RAYMOND KRUCKEL and ANNA KRUCKEL v. AGATINE CITELLI, Also Known as AGATINE MORELLI, JOSEPH MORELLI, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Arbitration of Certain Controversies between ARTHUR HERSSENS ET CIE and GRAIN PRODUCTS CORPORATION.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

JOHN W. COLLOPY, JR., v. JOHN T. NORTON.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted